UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Giacomo A Buscemi,<br>　　　Debtor<br>Reverse Mortgage Funding LLC<br>　　　Movant<br>v.<br>Giacomo A Buscemi,<br>　　　Debtor/Respondent<br>WILLIAM C. MILLER, Esq., Esquire<br>　　　Trustee/Respondent | Bankruptcy No. 19-10926-mdc<br><br>Chapter 13 |

### ORDER OF COURT

AND NOW, this  12th  day of  February, 2021, upon consideration of Reverse Mortgage Funding LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Reverse Mortgage Funding LLC; and it is further

ORDERED, that Reverse Mortgage Funding LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 622 S

Central Boulevard, Broomall, Pennsylvania 19008, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Reverse Mortgage Funding LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge